IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLARA FAVELLA, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 5:15-cv-862 |
| BLUESTEM BRANDS, INC. d/b/a FINGERHUT, | § § § | |
| Defendant. | § § | |

**PLAINTIFF'S COMPLAINT**

CLARA FAVELLA (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against BLUESTEM BRANDS, INC. d/b/a FINGERHUT (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this Court over Plaintiff's Complaint arises pursuant to 47 U.S.C. § 1331.

3. Because Defendant conducts business in the State of Texas, personal jurisdiction is established.

4. Venue is proper pursuant to 47 U.S.C. 1391(b)(2).

**PARTIES**

5. Plaintiff is a natural person who resides in San Antonio, Texas.

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Eden Prairie, Minnesota.

7. Defendant acted through its agents, employees, officers, members, directors, heirs,

successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. In or around 2015, Defendant began constantly and consistently placing telephone calls to plaintiff in an attempt to collect an alleged debt.

9. Defendant places telephone calls to Plaintiff on Plaintiff's cellular telephone at 210-584-43XX.

10. Defendant places telephone calls from numbers including, but not limited to, 866-836-8987.

11. Based upon the timing and frequency of Plaintiff's calls and per its prior business practices, each collection call placed by Defendant to Plaintiff was placed using an automatic telephone dialing system.

12. During the course of a telephone conversation on or around April 30, 2015, Plaintiff spoke to Defendant's representative and requested that Defendant cease calling her cellular telephone.

13. During the course of a telephone conversation on or around June 7, 2015, Plaintiff spoke to Defendant's representative, "Ronica," and again requested that Defendant cease calling her cellular telephone.

14. Plaintiff revoked any consent, either explicitly or implicitly, to receive automated telephone calls from Defendant on her cellular telephone in the course of the telephone conversations on or around April 30, 2015 and June 7, 2015.

15. Despite Plaintiff's request to cease, Defendant placed at least seventy-nine (79) collection calls to Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

17. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

18. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

19. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

20. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

21. All court costs, witness fees and other fees incurred; and

22. Any other relief that this Honorable Court deems appropriate.

Dated: October 5, 2015						RESPECTFULLY SUBMITTED,

                                            KROHN & MOSS, LTD.

                                        By:   /s/  Ryan Lee

                                            Ryan Lee
                                            Krohn & Moss, Ltd.
                                            10474 Santa Monica Blvd., Suite 405
                                            Los Angeles, CA 90025
                                            Tel: 323-988-2400 x241
                                            Fax: 866-861-1390
                                            rlee@consumerlawcenter.com
                                            Attorney for Plaintiff