**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CLARA FAVELLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.  5:15-cv-862 |
| | § | |
| BLUESTEM BRANDS, INC. d/b/a | § | |
| FINGERHUT, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, CLARA FAVELLA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully submitted

Dated: February 25, 2016

/s/ Adam Hill
Adam Hill
Krohn & Moss, Ltd.
10 N. Dearborn, 3rd Floor
Chicago, IL 60602
(312) 578-9428 ext 242 (office)
(866) 861-1390 (fax)
ahill@consumerlawcenter.com
Attorneys for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 25, 2016, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to all parties by the Court's CM/ECF system.


<u>s/ Adam Hill</u>
Adam Hill
Attorney for Plaintiff