UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 2 9 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| Clara FAVELLA,<br>　　　Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC. d/b/a<br>FINGERHUT,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>Cause No. SA-15-CV-862-OLG |

### ORDER ADMINISTRATIVELY CLOSING CASE

On February 25, 2016, the Court received notification from Plaintiff's counsel that the parties in the above-styled case had reached a settlement agreement (docket no. 15). Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to close this case upon entry of this Order.

It is so ORDERED.

SIGNED this 29 day of February, 2016.

_____
Chief United States District Judge Orlando L. Garcia